# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 6D2023-3209, 6D2023-3444
CONSOLIDATED
Lower Tribunal No. 21-CA-2959

_____

JOHN DANIEL SMITH,

Appellant,

v.

KENNETH EDWARD, KEMP II, ELIZABETH CLAIRE BENTLEY, and
PATRONE, KEMP & BENTLEY, P.A., et al.,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
James Shenko, Judge.

April 28, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH JJ., concur.


Scott E. Siverson, of Siverson Law Firm PLLC, Winter Garden, for Appellant.

T. Brandon Mace, of Kemp & Mace, P.A., Fort Myers, for Appellees, Kenneth E.
Kemp, II and Patrone, Kemp & Bentley, P.A.

Robin D. Merriman, II, and Meredith A. McBride, of The Merriman Law Firm,
P.L.L.C., Estero, for Appellee, Elizabeth Claire Bentley.

No Appearance for Other Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED